# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

WENDY TURNER LEWIS,

            Plaintiff,

v.

THOMAS R. MORRIS et al,

            Defendant.
                                            /

JUDGMENT IN A CIVIL CASE

Case Number: 06-15510

Honorable

■     **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that the Court affirms the Bankruptcy Court's Order Denying sanctions.

Date  9/28/07

David Weaver, Clerk of Court

s/Denise Goodine
Deputy Clerk